# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                            CASE NO. 3:07cr110-01/LAC

JAMES EDWARD SMITH III

## REFERRAL AND ORDER

Referred to Senior Judge Lacey Collier on   May 13, 2009

Motion/Pleadings:   Motion for clarification of sentence document no. 32

Filed by   Defendant   on 04/20/2009    Doc.#   36

RESPONSES:

                                           on          Doc.#

                                           on          Doc.#

_____ Stipulated      _____ Joint Pldg.
_____ Unopposed      _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

                                          s/Jerry Marbut

LC (1 OR 2)                  Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 18th day of May, 2009, that:*

*(a) The relief requested is **DENIED**.*

*(b) Defendant acknowledged in his plea agreement (doc 27) that he was facing a mandatory sentence of 240 months and the Statement of Reasons (doc 34) Part II B states that a mandatory sentence was imposed. This Court's Judgment (doc 33) makes clear that his federal sentence was to begin on 22 January 2008 and was to run from that day forward concurrent with his State of Florida sentences. No clarification is necessary.*

                                           s/*L.A. Collier*

                                           **LACEY A. COLLIER**
                              *Senior United States District Judge*