**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                      CASE NO.  3:07cr110-01/LAC

JAMES EDWARD SMITH III

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   May 19, 2009
Motion/Pleadings:  MOTION FOR REDUCTION OF SENTENCE, RULE 35(B)(C)
Filed by  DEFENDANT            on   5/6/2009        Doc.#   37

RESPONSES:
  UNITED STATES              on  5/19/2009       Doc.#   39
                             on                  Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed     _____ Consented

                                      WILLIAM M. McCOOL, CLERK OF COURT

                                      *s/Jerry Marbut*
LC (1 OR 2)                         Deputy Clerk: Jerry Marbut

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 20th day of May, 2009, that:*

*(a) The relief requested is **DENIED**.*

*(b) Defendant acknowledged on page 5 of his plea agreement (doc 27) para 4.a. that it is within the sole discretion of the United States Attorney to decide if he has provided substantial assistance warranting the filing of a Rule 35 motion. At his plea, defendant answered that he understood it was the government, only the government, and no one lese to determine if any assistance offered rose to the level of substantial assistance.  The Government has determined that the assistance provided did not rise to the level of substantial assistance, and it has not filed a Rule 35 motion.  Without a motion from the Government, this Court lacks jurisdiction to reduce defendant's sentence.*

                                            *s/L.A. Collier*
                                            **LACEY A. COLLIER**
                                  *Senior United States District Judge*