IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.: 3:07cr110/LAC/EMT
 3:16cv182/LAC/EMT

JAMES EDWARD SMITH, III

_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated September 7, 2017 (ECF No. 60). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's amended motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence (ECF No. 46) is **DENIED** to the extent he seeks relief based

on the Supreme Court's decision in *Johnson* and otherwise **DISMISSED as untimely**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 13th day of October, 2017.

       *s/L.A. Collier*
       **LACEY A. COLLIER**
       **SENIOR UNITED STATES DISTRICT JUDGE**